United States District Court
Southern District of Texas
**ENTERED**
October 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Biby Abigail Tortola Figueroa, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-5620 |
| | § | |
| Todd Blanche, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER DISMISSING PETITION**

Petitioner filed a Motion to Dismiss under Federal Rule of Civil Procedure 41(a)(2). Doc. 9. Therein, Petitioner informs the Court that she has been granted voluntary departure by the immigration court and that this habeas action is now moot. *Id.*; Doc. 1-1. Accordingly, the Court finds that the terms of dismissal are proper. This action is DISMISSED WITHOUT PREJUDICE AS MOOT. The Clerk of Court is directed to close the case.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 13th of October, 2026.

Nicholas J. Ganjei
United States District Judge